STATE OF CONNECTICUT *v.* SAM BARNES
(8037)

DALY, O'CONNELL and CRETELLA, Js.

Argued June 18—decision released June 22, 1990

*Mary Miller Haselkamp,* deputy assistant public defender, for the appellant (defendant).

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Earl Richards,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.